

United States Department of Justice

United States Attorney
Northern District of California

---

GARTH HIRE
Assistant United States Attorney
Organized Crime Strike Force

Ronald V. Dellums Federal Building
1301 Clay Street, Suite 340 South
Oakland, California 94612-5217

Telephone: (510) 637-3929
Facsimile: (510) 637-3724
E-Mail:  Garth.Hire@usdoj.gov

November 15, 2007

*Via E-Filing*

Honorable Wayne D. Brazil
United States Magistrate Judge
United States District Court
Northern District of California
1301 Clay Street, Courtroom 4
Oakland, California 94612

    Re:    United States v. Lauro Corral
            Misc. No. 07-70619 WDB

Dear Judge Brazil:

    On behalf of both counsel for the government and counsel for defendant, the parties jointly request that this matter be placed on the Court's calendar at 10 a.m. on Friday, November 16, 2007, for arraignment on an indictment in this case that was filed today.

    Please contact me if you have any questions concerning the foregoing.

                           Very truly yours,

                           SCOTT N. SCHOOLS
                         United States Attorney


                         _____/s/_____
                         GARTH HIRE
                         Assistant United States Attorney


cc:    AFPD Joyce Leavitt, Esq.